**FILED**
Aug 31 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ cynthial DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>KYLE JAMES BANKS,<br><br>        Defendant. | Case No. **'22 CR2014 RSH**<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of Ammunition; Title 21, U.S.C., Secs. 841(a)(1) and 841(b)(1)(B) – Possession with Intent to Distribute Fentanyl; Title 18, U.S.C., Sec. 924(d), Title 21, U.S.C. Sec. 853, and Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |

The grand jury charges:

Count 1

On or about August 12, 2022, within the Southern District of California, defendant KYLE JAMES BANKS, knowing his status as a convicted felon, that is, a person who had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: seventeen (17) rounds of PMC 9mm ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

//

DDS:nlv:San Diego:8/30/22

## Count 2

On or about August 12, 2022, within the Southern District of California, defendant KYLE JAMES BANKS, did knowingly and intentionally possess with the intent to distribute 40 grams and more, to wit: approximately 153.12 grams of a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 and 2 are hereby realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the felony offense alleged in Count 2 of this Indictment, said violation being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant KYLE JAMES BANKS shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the offense, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count 2 of this Indictment. The property to be forfeited includes, but is not limited to:

//

//

1        a.    One black 9-mm caliber firearm with a silver slide and
2   magazine;
3        b.    Approximately Seventeen (17) PMC 9-mm Luger cartridges;
4        c.    One Vipertek electronic stun gun; and
5        d.    One 2008 White Nissan Titan vehicle, California Plate
6   CL90670, VIN No. 1N6AA06A48N308219.
7        3.    Upon conviction of one and more of the offenses alleged in
8   Counts 1 and 2 of this Indictment, defendant KYLE JAMES BANKS shall
9   forfeit to the United States, pursuant to Title 18, United States Code,
10  Section 924(d) and Title 28, United States Code, Section 2461(c), all
11  firearms and ammunition involved in the commission of the offenses. The
12  property to be forfeited incudes, but is not limited to: One black 9-mm
13  caliber firearm with a silver slide and magazine; and Seventeen (17) PMC
14  9-mm Luger cartridges.
15       4.    If any forfeitable property, as a result of any act or omission
16  of the defendant:
17       a.    cannot be located upon the exercise of due diligence;
18       b.    has been transferred or sold to, or deposited with, a
19  third party;
20       c.    has been placed beyond the jurisdiction of the Court;
21       d.    has been substantially diminished in value; or
22       e.    has been commingled with other property which cannot be
23  subdivided without difficulty;
24  //
25  //
26  //
27  //
28

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the said property listed above as being subject to forfeiture.

All pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

DATED: August 31, 2022.

RANDY S. GROSSMAN
United States Attorney

By:
DANIEL D. SHIN
Assistant U.S. Attorney

4